UNITED STATES DISTRICT COURT
for the
Middle District of Florida
Tampa Division

**JOHN HUMPHREYS, JR.,**

                 Plaintiff,

vs.                                    CASE NO.

**VANDENBERG CHASE & ASSOCIATES, LLC.**
(a foreign corporation),

                 Defendants.
_____/

## COMPLAINT AND DEMAND FOR JURY TRIAL

1.     Plaintiff, JOHN HUMPHREYS, JR., brings this action under the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 *et seq*. ("FDCPA"), and the Florida Consumer Collection Practices Act, Fla. Stat. §559.55 *et seq*. ("FCCPA").

## JURISDICTION AND VENUE

2.     This Court has jurisdiction under 28 U.S.C. §§1331, 1337, 1367 and 15 U.S.C. §1692k. Venue *i*n this District is proper because Plaintiff resides here and Defendant placed telephone calls into this District.

## PARTIES

3.     Plaintiff, JOHN HUMPHREYS, JR., is a natural perso*n,* and citizen of the State of Florida, residing in the Middle District, Florida.

4. Defendant, VANDENBERG CHASE & ASSOCIATES, LLC., (hereafter referred to as "VANDENBERG CHASE") is a Georgia corporation with its principal place of business at 6 Concourse Parkway NE Suite 1500 Atlanta GA 30328-6182.

5. Defendant regularly uses the mail and telephone in a business the principal purpose of which is the collection of debts.

6. Defendant regularly collects or attempts to collect debts for other parties.

7. Defendant is a "debt collector" as that term is defined by 15 U.S.C. § 1692a and Fla. Stat. 559.55(6).

## FACTUAL ALLEGATIONS

8. Defendant sought to collect from Plaintiff an alleged debt arising from transactions incurred for personal, family or household purposes.

9. Defendant left the following messages on Plaintiff's residential telephone on or about the dates stated:

April 6, 2011 at 2:48pm From Telephone Number 727-330-9492:
"A serious matter associated with your personal information has been placed with our office. We need to receive a statement from you, or your attorney if you have one, today in order to resolve this issue quickly, and release you from this matter. Your file number is 1211437581. You can reach us directly at 888-300-9022. Or you may press zero now to speak to a live agent. Thank you. This is an important message for John Humphreys. If you are not the intended party, please disregard this message. This call is from the offices of Vandenberg Chase and Associates. A serious matter associated with your personal information has been placed with our office.

We need to receive a statement from you or your attorney if you have one today in order to resolve this issue."

April 7, 2011 at 7:38pm From Telephone Number 727-330-9492:
"A serious matter associated with your personal information has been placed with our office. We need to receive a statement from you, or your attorney if you have one, today in order to resolve this issue quickly, and release you from this matter.  Your file number is 1211437581. You can reach us directly at 888-300-9022.  Or you may press zero now to speak to a live agent. Thank you… This message is for John Humphreys. If you are not the intended party, please disregard this message. This call is from the offices of Vandenberg Chase and Associates. A serious matter associated with your personal information has been placed with our office. We need to receive a statement from you or your attorney if you have one today in order to resolve this issue."

April 14, 2011 at 1:30pm From Telephone Number 386-944-0745:
 "I hope you know what to do once I get off and leave you the message. My name is Mrs. Mitchell with Vandenberg Chase and Associates. My callback number is 1-866-493-9608 extension 3047. Failure to return the call could result in a decision being made without your input that will not be in your favor. My callback number is 1-866-493-9608 extension 3047. You asked me to give you a call back by noon, I'm doing so, it's actually 1:33. We're on, both on Eastern Standard Time. If your intentions are admirable, you'll give me a call back, otherwise good luck."

April 29, 2011 at 11:00am From Telephone Number 386-944-0745:
"Hello, this message is for John Humphreys. This is Bill Banks calling from the offices of Vandenberg Chase and Associates calling in regards to the conversation we had Wednesday about the, uh, um, arrangement that we had, uh, that an appointment for over the phone yest… last night.  Um, I didn't hear back from you, so I was calling to see if, uh, ya'll still interested in getting qualified for that program that, uh, we spoke of before.  If you want me to help you, um, return my call no later than 4:45pm today.  The number is 1-866-493-9608  that is 1-866-493-9608  at extension 3030. My name is Bill Banks and call with your I.D Number 1211437581. Thank you and good luck."

May 2, 2011 at 11:22am From Telephone Number 386-944-0745:

"This message is for John Humphreys. This is Bill Banks I am contacting you from the offices of Vandenburg Chase and Associates. I'm calling in regards to the arrangements that we spoke of previously, last week on the 27th. Uh, you had a telephone appointment on the 29th which you missed. Now, Mr. Humphreys I have changed the status of your file toward, to work in your favor. I need to hear from you today at 1-866-493-9608 that is 1-866-493-9608 at extension 3030. Your file number is 1211437581. If I have not heard form you I will be forced to change the status –to reverse- the status of your file. Um, I need to hear from you today, my name is Bill Banks and if I did not say my extension, um, in this message previously my extension is 3030. Thank you."

May 3, 2011 at 11:19am From Telephone Number 386-944-0745:
"This me-message is for John Humphreys. This is Bill Banks I'm calling you from the offices of Vandenburg Chase and Associates in regards to the arrangement that we spoke of last week. Um, this is the last day, um, Mr. Humphreys of, uh, I had switched your, um, status of your file to work in your favor. If I've not heard from you today I will be forced to reverse the status of your file. The number is 1-866-493-9608 that is 1-866-493-9608 at extension 3030. My name once again is Bill Banks and call with your file number which is 1211437581. Thank you and good luck."

May 4, 2011 at 11:08am From Telephone Number 386-944-0745:
"This message is for John Humphreys. I'm call from the offices of Vandenburg Chase and Associates. Um, I have reversed the status of your file, um, because I m-made repeated attempts, uh, to get in contact with you and you have not returned my call. Um, if you want to take advantage that, of the offer that I presented to you I need to hear from you no later than the close of business today. Um, the number is 1-866-493-9608 that is 1-866-493-9608 at extension 3030. Um, this is the last time I'm calling, um, call with your file number 1211437581. Thank you and good luck."

10. Defendant left similar or identical messages on other occasions.

(Collectively, "the telephone messages").

11. The messages are "communications" as defined by 15 U.S.C. §1692a(2). See *Berg v. Merchs. Ass'n Collection Div.*, Case No. 08-60660-Civ-Dimitrouleas/Rosenbaum, 2008 U.S. Dist. LEXIS 94023 (S.D. Fla. Oct. 31, 2008).

12. Defendant failed to inform Plaintiff in the messages that the communication was from a debt collector and failed to disclose the purpose of Defendant's messages.

## COUNT I
## FAILURE TO DISCLOSE STATUS AS DEBT COLLECTOR IN VIOLATION OF THE FDCPA

13. Plaintiff incorporates Paragraphs 1 through 12 above as if fully set forth herein.

14. Defendant failed to disclose in the telephone messages that it is a debt collector in violation of 15 U.S.C. §1692e(11). See *Foti v. NCO Fin. Sys.*, 424 F. Supp. 2d 643, 646 (S.D.N.Y. 2006) and *Belin v. Litton Loan Servicing*, 2006 U.S. Dist. LEXIS 47953 (M. D. Fla. 2006) and Leyse v. Corporate Collection Servs., 2006 U.S. Dist. LEXIS 67719 (S.D.N.Y. 2006).

**WHEREFORE**, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

   a. Damages;

   b. Attorney's fees, litigation expenses and costs of suit; and

   c. Such other or further relief as the Court deems proper.

## COUNT II
## FAILURE TO MAKE MEANINGFUL DISCLOSURE OF IDENTITY IN VIOLATION OF THE FDCPA

15. Plaintiff incorporates Paragraphs 1 through 12 above as fully set forth herein.

16. Defendant placed telephone calls to Plaintiff without making meaningful disclosure of its identity when it failed to disclose the purpose of Defendant's communication in the telephone messages in violation of 15 U.S.C §1692d(6). See *Dokumaci v. MAF Collection Servs.*, 2011 U.S. Dist. LEXIS 22390 (M.D. Fla. Mar. 4, 2011); *Wright v. Credit Bureau of Georgia, Inc.*, 548 F. Supp. 591, 593 (D. Ga. 1982); and *Hosseinzadeh v. M.R.S. Assocs.*, 387 F. Supp. 2d 1104 (D. Cal. 2005).

**WHEREFORE**, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

    a. Damages;

    b. Attorney's fees, litigation expenses and costs of suit; and

    c. Such other or further relief as the Court deems proper.

## COUNT III
## ILLEGAL COLLECTION TECHNIQUES IN VIOLATION OF THE FLORIDA CONSUMER COLLECTION PRACTICES ACT

17. Plaintiff incorporates Paragraphs 1 through 12 above as fully set forth herein.

18. Defendant asserted the right to collect a debt by leaving repeated telephone messages for Plaintiff without disclosing that it is a debt collector when Defendant knew it did not have a legal right to use such collection techniques in violation of Fla. Stat. §559.72(9).

**WHEREFORE,** Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendants for:

    a.    Damages;

    b.    Attorney's fees, litigation expenses and costs of suit;

    c.    A declaration that Defendant's practices violated the FCCPA;

    d.    A Permanent Injunction enjoining Defendant from engaging in the complained of practices; and

    e.    Such other or further relief as the Court deems proper.

## COUNT IV
## HARASSMENT IN VIOLATION OF THE FLORIDA CONSUMER COLLECTION PRACTICES ACT

19. Plaintiff incorporates Paragraphs 1 through 12 above as fully set forth herein.

20. By failing to disclose that it is a debt collector and the purpose of its communication, by using an automatic telephone dialing system or pre-recorded or artificial voice in placing telephone calls to Plaintiff's cellular telephone to which Plaintiff had not consented, and by telephoning Plaintiff with such frequency as can be reasonably be expected to harass, Defendant willfully engaged in conduct the natural consequence of which is to harass in violation of Fla. Stat. §559.72(7).

21. The FCCPA provides for equitable relief including injunctive relief. *Berg v. Merchs. Ass'n Collection Div.,* 586 F. Supp. 2d 1336, 1345, (S.D. Fla. 2008).

**WHEREFORE**, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

a. Damages;

b. Attorney's fees, litigation expenses and costs of suit;

c. A declaration that Defendant's practices violated the FCCPA;

d. A Permanent Injunction enjoining Defendant from engaging in the complained of practices; and

e. Such other or further relief as the Court deems proper.

## JURY DEMAND

22. Plaintiff demands a trial by jury.

THE CONSUMER RIGHTS LAW GROUP, PLLC

/s/ James S. Giardina
James S. Giardina, Esq.
*Trial Counsel*
FBN: 0942421
3802 W Bay to Bay Blvd., Suite 11
Tampa, FL 33629-6817
Tel: 813-413-5610 (direct)
Fax: 866-535-7199
*Attorney for Plaintiff*