UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JOHN HUMPHREYS, JR.,

    Plaintiff,

v.                                        Case No. 8:11-cv-1587-T-27TBM

VANDENBERG CHASE
& ASSOCIATES, LLC , ,

    Defendant.
_____/

SUNTRUST BANK,

    Garnishee.
_____/

**O R D E R**

    THIS MATTER is before the court on **Plaintiff's Motion for Issuance of Post-Judgment Writ of Garnishment** (Doc. 16). By his motion, Plaintiff seeks the issuance of a writ of garnishment to assist in satisfying the Judgment (Doc. 11) entered in his favor in this case against the Defendant in the principal amount of $2,000.00 on October 19, 2011, and the Judgment (Doc. 15) entered in his favor and against the Defendant as to attorney fees and costs in the amount of $6,710.00 in attorneys fees and $410.00 in costs on November 30, 2011. In particular, Plaintiff requests that the Clerk issue a writ of garnishment to Garnishee SUNTRUST BANK, 401 E. Jackson Street, Tampa, Florida 33602 in the following manner:

> Judgment Number 1: entered on October 19, 2011 in the principal amount of $2,000, plus post-judgment interest at the rate prescribed by 28 U.S.C. §1961, for which sum let execution issue; and Judgment Number 2: entered on November 30, 2011, in the amount of $6,710.00 in attorney's fees and $410.00 in costs, for which sum let execution issue. The total amount of

>the above Judgments is $9,120.00, together with postjudgment interest at a rate equal to the weekly average 1-year constant maturity Treasury yield that has accrued since November 30, 2011, in the principal amount of $243,685.31, plus pre-judgment interest in the amount of $10,632.02 and post-judgment interest from August 25, 2010, to January 17, 2012, in the amount of $1,145.40.

(Doc. 17-1).

Upon consideration, **Plaintiff's Motion for Issuance of Post-Judgment Writ of Garnishment** (Doc. 16) is **GRANTED**. Upon Plaintiff's prepayment of $100.00 into the court's registry, the Clerk is directed to issue the proposed writ of garnishment to SUNTRUST BANK (Doc. 17-1), together with such Notice to Defendant as is required by Florida law.

**Done and Ordered** in Tampa, Florida, this 9th day of April 2012.

THOMAS B. McCOUN III
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Attorney for Plaintiff